UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC SCOTT MYERS,

    Petitioner,

v.                                                         Case No. 3:17cv13/RV/CJK

WARDEN HODGES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 9, 2017. (Doc. 6). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED for lack of jurisdiction.

3. The clerk is directed to close the file.

**ORDERED** on this 13th day of March, 2017.

/s/ Roger Vinson
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**